

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-21-2007

# Jeune v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 05-3103

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Jeune v. Atty Gen USA" (2007). *2007 Decisions.* Paper 1536.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1536

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3103

JEAN JUNIOR JEUNE,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

On Petition for Review of Final Decision of the
Board of Immigration Appeals
BIA No.: A37-089-885
Immigration Judge: Donald Vincent Ferlise

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
December 11, 2006

Before: SMITH and ROTH, *Circuit Judges*,
and IRENAS*, District Judge**

ORDER AMENDING OPINION

The opinion filed on February 20, 2007 is amended to designate counsel in this matter as is the practice for the Third Circuit. The opinion is amended to identify counsel as follows:

Counsel:     Steven A. Morley
             Morley, Surin & Griffin
             325 Chestnut Street

---

* The Honorable Joseph E. Irenas, Senior District Judge for the United States  District of New Jersey, sitting by designation.

Suite 1305-P
Philadelphia, PA  19106
     *Counsel for Petitioner*

Kathleen Meriwether
Office of the United States Attorney
615 Chestnut Street
Philadelphia, PA  19106
     *Counsel for Respondent*

       By the Court:

       /s/ D. Brooks Smith
       Circuit Judge

Date:  February 21, 2007
CMH/cc: SAM, KM